IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE JUNIOR MONROY,<br><br>    Defendant. | 8:04CR509<br><br>ORDER |

    Defendant Jose Junior Monroy appeared before the court on Wednesday, April 23, 2008 on a Petition for Summons for Offender Under Supervision [65]. The defendant was represented by Assistant Federal Public Defender Jessica Douglas and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. Defendant was not entitled to a preliminary examination and the government did not request a detention hearing. Therefore, the defendant was released on current conditions of supervision.

    I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

    **IT IS ORDERED**:

    1.    A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **May 5, 2008 at 3:15 p.m.** Defendant must be present in person.

    2.    The defendant is released on current conditions of supervision.

DATED this 23rd day of April, 2008.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge